# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>EDWARD EARL TILLER | **WARRANT FOR ARREST**<br><br>CASE NUMBER: 1:06mj17-VPM |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Edward Earl Tiller__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and intentionally possessing with intent to distribute cocaine and cocaine base, a Schedule II Controlled Substance,

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__

| | |
|---|---|
| VANZETTA PENN MCPHERSON<br>Name of Issuing Officer<br><br>_/s/ Vanzetta Penn McPherson_<br>Signature of Issuing Officer | UNITED STATES MAGISTRATE JUDGE<br>Title of Issuing Officer<br><br>February 10, 2006   Montgomery, Alabama<br>Date and Location |

_____
(By) Deputy Clerk

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest