IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 1:06cr65-WKW |
| | ) | |
| EDWARD EARL TILLER | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO: The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for March 15, 2006 at 10:00 a.m. in the above styled cause.

You are DIRECTED to produce the following named prisoner: EDWARD EARL TILLER before the United States District Court at Montgomery, Alabama, Courtroom 4A, on the 15th day of March, 2006 at 10:00 o'clock a.m.

DONE this 2nd day of March, 2006.

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

By: *Joyce Taylor*
Deputy Clerk