IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____SOUTHERN_____ DIVISION

UNITED STATES OF AMERICA      )
                              )
v                             )
                              ) CR. NO. _1:06CR65-WKW_
__Edward Tilke___             )
                              )

### WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, ___Edward Tilke___, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

_March 15, 2006_           _Edward Tilke_
**DATE**                   **DEFENDANT**

                           _Paul R. Cooper_
                           **ATTORNEY FOR DEFENDANT**