| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 3-15-2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: |
| | COURT REPORTER: |

✔ **ARRAIGNMENT**     ☐ CHANGE OF PLEA     ☐ CONSENT PLEA
☐ RULE 44(c) HEARING     ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** DRB         **DEPUTY CLERK:** sql
**CASE NUMBER:** 1:06cr65-WKW         **DEFENDANT NAME:** Edward Earl TILLER
**AUSA:** Morris                      **DEFENDANT ATTORNEY:** Paul Cooper

Type counsel ( )Waived; ( )Retained; (✓)CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? (✓)NO; ( )YES     Name:

---

☐ This is defendant's **FIRST APPEARANCE**.
☐ Financial Affidavit executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**     ✔ Not Guilty
            ☐ Guilty as to:
                ☐ Count(s):
                ☐ Count(s):         ☐ dismissed on oral motion of USA
                                    ☐ to be dismissed at sentencing

☐ Written plea agreement filed   ☐ **ORDERED SEALED**
☐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
☐ **CRIMINAL TERM:**         ☐ **WAIVER OF SPEEDY TRIAL** filed.
         **DISCOVERY DISCLOSURE DATE:** 3-16-06
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
     ✔ Trial on 6-26-06; ☐ Sentencing on _____
✔ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
     ✔ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed
                     ☐ Defendant requests time to secure new counsel