## MINUTES
### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☐ Northern   ☑ (Southern)   ☐ Eastern

| | |
|---|---|
| HON. Delores R. Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 5-12-2006 | @ 10:14 ☑ a.m. ☐ p.m |
| DATE COMPLETED 5-12-2006 | @ 10:18 ☑ a.m. ☐ p.m |

CASE NO. 1:06CR65-WKW

UNITED STATES OF AMERICA   VS.   EDWARD EARL TILLER
Plaintiff(s)                       Defendant(s)

### APPEARANCES

**Plaintiff(s)/Government**
Clark Morris

**Defendant(s)**
Paul Cooper

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Law Clerk: ___
USPO/USPTS: ___
Crt Rptr: ___
Interpreter: ___
Other: ___

### PROCEEDINGS:

☐ Motion Hearing: ___
☐ Status Conference
☐ Revocation
☐ Settlement Conference
☐ Non-Jury Trial
☐ Other ___
☐ Oral Argument
☐ Scheduling Conf.
☐ Telephone Conf.
☐ Revocation/Prtrl/SupvRel/Prob
☐ Evidentiary Hrg.
☐ Show Cause
☐ Sentencing

☑ Pretrial Conference

Pending Motions: None
Discovery Status: Complete   Plea Status: Plea
Trial Status/Length: 2 Days   Trial Term: 6-26-06