| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 6/19/2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 11:34 – 11:55 am |
| | **COURT REPORTER:** ~~Mitchell Reisner~~ Dickens |

| | | |
|---|---|---|
| ☐ ARRAIGNMENT | ☑ CHANGE OF PLEA | ☐ CONSENT PLEA |
| ☐ RULE 44(c) HEARING | ☐ SENTENCING | |

---

**PRESIDING MAG. JUDGE:** DRB    **DEPUTY CLERK:** sql
**CASE NUMBER:** 1:06CR65-WKW    **DEFENDANT NAME:** Edward Earl TYLLER
**AUSA:** Morris    **DEFENDANT ATTORNEY:** Paul Cooper
  Type counsel ( )Waived; ( )Retained; (✓)CJA; ( )FPD
  ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
**Interpreter present?** (✓)NO; ( )YES    Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ Financial Affidavit executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**    ☐ Not Guilty
    ☑ Guilty as to:
        ☑ Count(s): 1, 2, 4
        ☑ Count(s): 3    ☐ dismissed on oral motion of USA
                ☑ to be dismissed at sentencing
☑ Written plea agreement filed   ☐ **ORDERED SEALED**
☑ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1,2,4.
☐ **CRIMINAL TERM:**    ☐ **WAIVER OF SPEEDY TRIAL** filed.
        **DISCOVERY DISCLOSURE DATE:**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
    ☐ Trial on _____; ☐ Sentencing on _____
☑ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
    ☐ Trial on _____; or ☑ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
        ☐ Defendant requests time to secure new counsel