```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF ALABAMA
                       SOUTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
     v.                       )     CR. NO. 1:06cr65-W
                              )
EDWARD EARL TILLER,           )
MICHAEL LEE WALKER and        )
TISI NICOLE JACKSON           )
```

## MOTION TO STRIKE FORFEITURE ALLEGATION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to strike the Forfeiture Allegation from the Indictment returned March 1, 2006.

A proposed Order is filed herewith.

Respectfully submitted this 19th day of June, 2006.

```
                         FOR THE UNITED STATES ATTORNEY
                               LEURA G. CANARY


                         /s/John T. Harmon
                         John T. Harmon
                         Assistant United States Attorney
                         Bar Number: 7068-II58J
                         Office of the United States Attorney
                         Middle District of Alabama
                         One Court Square, Suite 201 (36104)
                         Post Office Box 197
                         Montgomery, Alabama 36101-0197
                         Telephone:(334) 223-7280
                         Facsimile:(334) 223-7560
                         E-mail: John.Harmon@usdoj.gov
                         Bar Number: 7068-II58J
```

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 19, 2006, I electronically filed the foregoing Motion to Strike with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **A. Clark Morris, Paul Cooper, Kevin L. Butler and Crowell Pate DeBardeleben.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J