IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | CR. NO. 1:06cr65-W |
| ) | |
| EDWARD EARL TILLER,       ) | |
| MICHAEL LEE WALKER and    ) | |
| TISI NICOLE JACKSON       ) | |

O R D E R

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the Forfeiture Allegation is hereby stricken from the Indictment returned March 1, 2006.

DONE this ____ day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE