UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:06-cr-00065-WKW |
| ) | |
| EDWARD EARL TILLER, ) | |
| MICHAEL LEE WALKER, and ) | |
| TISI NICOLE JACKSON ) | |

**ORDER**

Upon consideration of the government's Motion to Strike Forfeiture Allegation (Doc. # 68), and for good cause shown, it is ORDERED that the motion is GRANTED and the Forfeiture Allegation is hereby stricken from the indictment returned March 1, 2006.

DONE this the 22nd day of June, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE