## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| HON. KEITH WATKINS JUDGE | AT MONTGOMERY, ALABAMA |
| DATE COMMENCED  SEPTEMBER 8, 2006 | AT 9:00  A.M./P.M. |
| DATE COMPLETED  SEPTEMBER 8, 2006 | AT 9:12  A.M./P.M. |

UNITED STATES OF AMERICA    )
                            )    CR NO.  1:06cr65-001-WKW
VS                          )
                            )
EDWARD EARL TILLER          )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA A. Clark Morris | X X X X X | Atty Paul Roy Cooper |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Ann Roy | Angela Reitler | Risa Entrekin |
| Courtroom Clerk | Law Clerk | Court Reporter |

COURTROOM PROCEEDINGS:

**SENTENCING**

| | |
|---|---|
| 9:00 a.m. | Sentencing hearing commenced.  Terms of plea agreement stated on the record (Atty. Morris).<br>Courts accepts plea agreement.  No objections to PSR; **ORAL ORDER** granting [76] Motion for Downward Departure and [75] Motion for Reduction in Criminal Offense Level as amended by [77] motion.<br>Sentence imposed. |
| 9:12 a.m. | Hearing concluded. |