```
            IN THE DISTRICT COURT OF UNITED STATES
                   FOR THE MIDDLE DISTRICT
                      NORTHERN DIVISION
```

UNITED STATES OF AMERICA,    *
    PLAINTIFF,            *
                                  *
vs.                          *    CR NO. 2:06cr65-WKW
                                  *
EDWARD EARL TILLER,          *
    DEFENDANT.             *

**<u>MOTION FOR APPOINTMENT OF COUNSEL UNDER THE CRIMINAL JUSTICE ACT,
18 UNITED STATES CODE §3006A</u>**

Comes now the, the Defendant, EDWARD EARL TILLER, and moves for appointment of counsel under the Criminal Justice Act, 18 U.S.C. §3006A. As grounds, he states as follows:

1. On January 29, 2008 Defendant filed a MOTION FOR RETROACTIVE REDUCTION OF SENTENCE PURSUANT TO THE UNITED STATES SENTENCING GUIDELINES AND 18 U.S.C. §3582(c)(2) for the retroactive reduction of his sentence under 18 U.S.C. §3582(c)(2) due to the amendment of the sentencing guidelines in regard to cocaine base.

2. Defendant is presently incarcerated under a federal sentence and is without funds to pay for his attorney

Wherefore, these premises considered, Defendant requests the following relief:

1. That Paul R. Cooper be appointed under the Criminal Justice Act to be his attorney on this matter.

1

Dated this  day February 7, 2008.

S/Paul R. Cooper
Paul R. Cooper
COOPER & COOPER
12 Scott Street
Montgomery, AL 36104
Phone: (334)262-4887
Fax:   (334)262-4880
E-mail: prc@cooperandcooperlaw.com
ASB-1152-R78P

**CERTIFICATE OF SERVICE**

I hereby certify that on the  February 7, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: A. Clark Morris, Assistant United States Attorney, and I hereby certify that I have mailed by United States Postal Service the documentation to the following non-CM/ECF participants: none.

Respectfully Submitted,
S/Paul R. Cooper
Paul R. Cooper
COOPER & COOPER
12 Scott Street
Montgomery, AL 36104
Phone: (334)262-4887
Fax:   (334)262-4880
E-mail: prc@cooperandcooperlaw.com