IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: PETITIONS FOR | ) | |
| RETROACTIVE APPLICATION OF | ) | MISC NO. |
| NOVEMBER 1, 2007 AMENDMENT | ) | 2:08mc3406-MEF |
| TO CRACK COCAINE OFFENSE | ) | |
| LEVEL GUIDELINES | ) | |

**ORDER**

Misc. No. 2:08mc3406-MEF, entered March 6, 2008, is VACATED. Appointment of counsel in these cases will be addressed by the presiding judge on a case-by-case basis.

SO ORDERED on this the 13th day of March, 2008.

_____
MARK E. FULLER
Chief United States District Judge