# *NOTICE*

Please note that this order vacates any prior appointment of counsel. The Court will address any previously filed Motion for Appointment of Counsel in a future order. Any CJA voucher previously issued is cancelled and should be returned to the Court.