AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of ALABAMA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| EDWARD EARL TILLER ) | Case No: 1:06cr65-001-WKW |
| ) | USM No: 11895-002 |
| Date of Previous Judgment: 9/15/2006 ) | Paul Cooper |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.    X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  104  months **is reduced to**  86 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  29          Amended Offense Level:  27
Criminal History Category:  IV          Criminal History Category:  IV
Previous Guideline Range:  121  to  151  months     Amended Guideline Range:  100  to  125  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  9/15/2006  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  August 22, 2008

Effective Date:  _____
(if different from order date)

Judge's signature

W. KEITH WATKINS, U. S. DISTRICT JUDGE
Printed name and title